ROSLYN MEISTINSKY, as Administratrix of the Estate of JACK MEISTINSKY, Deceased, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued January 4, 1956; decided February 9, 1956.

*Peter Campbell Brown, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Arthur N. Seiff* and *Benjamin H. Siff* for respondent.

Order affirmed and judgment absolute ordered against appellant upon the stipulation, with costs in all courts; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.